1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11     DIANA AKKAWI, et al.,                          No. 2:20-cv-01034-MCE-AC

12              Plaintiffs,

13        v.                                          **RELATED CASE ORDER**

14     KASRA SADR, et al.

15              Defendants.

16     _____/

17      DIANA AKKAWI, et al.,                         No. 2:24-mc-00058-KJM-CKD

18              Plaintiffs,

19        v.

20     KASRA SADR, et al.

21              Defendants.

22     _____/

23          An examination of the above-entitled civil actions reveals that these actions are

24     related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

25     the same defendant(s) and are based on the same or similar claims, the same property

26     transaction or event, similar questions of fact and the same questions of law and would

27     therefore entail a substantial duplication of labor if heard by different judges.

28     ///

1     Accordingly, the assignment of the matters to the same judge is likely to effect a

2 substantial savings of judicial effort and is also likely to be convenient for the parties.

3 The parties should be aware that relating the cases under Local Rule 123 merely has

4 the result that both actions are assigned to the same judge; no consolidation of the

5 action is effected.  Under the regular practice of this court, related cases are generally

6 assigned to the district judge and magistrate judge to whom the first filed action was

7 assigned.

8     IT IS THEREFORE ORDERED that the action denominated 2:24-mc-00058-KJM-

9 CKD, is reassigned to Senior District Judge Morrison C. England, Jr. and to Magistrate

10 Judge Allison Claire for all further proceedings, and any dates currently set in this

11 reassigned case only are hereby **VACATED**.  The caption on documents filed in the

12 reassigned case shall be shown as 2:24-mc-00058-MCE-AC.

13     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

14 adjustment in the assignment of civil cases to compensate for these reassignments.

15     IT IS SO ORDERED.

16 Dated:  August 9, 2024

17

18 MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28