UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, et al., | No. 2:24-mc-00058-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| KASRA SADR, et al., | |
| Defendants. | |

All referrals of matters to the magistrate judge pursuant to the local rules are hereby REVOKED in this case.  Absent further order of the Court, all motions, requests, etc., will be resolved by the undersigned.

IT IS SO ORDERED.

Dated:  August 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE